Cynthia CLARK, Appellee,

v.

PHILADELPHIA COLLEGE OF
OSTEOPATHIC MEDICINE,
et al., Appellants.

Supreme Court of Pennsylvania.

Aug. 27, 1999.

R. Bruce Morrison, Philadelphia, for
John P. Simelaro, D.O. and PCOM.

Carole F. Kafrissen, Philadelphia,
Thomas R. Schneider, for Cynthia Clark.

Before FLAHERTY, C.J., and
ZAPPALA, CAPPY, CASTILLE, NIGRO,
NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 27th day of August,
1999, this appeal is dismissed as improvidently granted.